**In re** _____, **Case No.** _____
        **Debtor**                                                           **(if known)**

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

1. Rent or home mortgage payment (include lot rented for mobile home)     $ _____
   a. Are real estate taxes included?     Yes _____ No _____
   b. Is property insurance included?     Yes _____ No _____
2. Utilities: a. Electricity and heating fuel     $ _____
         b. Water and sewer     $ _____
         c. Telephone     $ _____
         d. Other _____     $ _____
3. Home maintenance (repairs and upkeep)     $ _____
4. Food     $ _____
5. Clothing     $ _____
6. Laundry and dry cleaning     $ _____
7. Medical and dental expenses     $ _____
8. Transportation (not including car payments)     $ _____
9. Recreation, clubs and entertainment, newspapers, magazines, etc.     $ _____
10. Charitable contributions     $ _____
11. Insurance (not deducted from wages or included in home mortgage payments)
        a. Homeowner's or renter's     $ _____
        b. Life     $ _____
        c. Health     $ _____
        d. Auto     $ _____
        e. Other _____     $ _____
12. Taxes (not deducted from wages or included in home mortgage payments)
    (Specify) _____     $ _____
13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan)
        a. Auto     $ _____
        b. Other _____     $ _____
        c. Other _____     $ _____
14. Alimony, maintenance, and support paid to others     $ _____
15. Payments for support of additional dependents not living at your home     $ _____
16. Regular expenses from operation of business, profession, or farm (attach detailed statement)     $ _____
17. Other _____     $ _____
18. TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules)     $ _____
19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:
    _____
20. STATEMENT OF MONTHLY NET INCOME
    a. Total monthly income from Line 16 of Schedule I     $ _____
    b. Total monthly expenses from Line 18 above     $ _____
    c. Monthly net income (a. minus b.)     $ _____